**PAUL D. BORMAN**
Room 722
United States Courthouse
Detroit, Michigan 48226

(313) 234-5120

July 5, 2007

Hon. Ortrie Smith
Chair, Judicial Conference Committee
 on Financial Disclosure
1 Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 JUL 10 A 10: 50 FINANCIAL DISCLOSURE OFFICE

        RE: Calendar Year 2006 Filing

Dear Judge Smith:

    In reply to your letter of June 13, 2007:

        (1)    The full names of the organizations are:

            (A)  Foundation
            (B) L.L.C.



        (2)    As to your other requests, I have completed the forms per your directions.

    Please contact me if there are any further issues.

                Sincerely,



                Paul D. Borman
                U.S. District Judge

enclosure

85

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.   T R U S T | | | | | T R U S T | | | | |
| 35. | | | | | | | | | |
| 36.   Savings/Checking Account - Bank One/Chase | F | Interest | P1 | T | | | | | |
| 37.   Abbott Lab | A | Dividend | K | T | Bought More | 1-19 | J | | |
| 38.   ALCOA | A | Dividend | K | T | | | | | |
| 39.   Allergan | A | Dividend | L | T | | | | | |
| 40.   Amer. Power Conversion | | NONE | K | T | Bought | 1-19 | K | | |
| 41.   Anheuser Busch | B | Dividend | K | T | | | | | |
| 42.   Applied Materials | A | Dividend | K | T | Bought More | 1-19 | J | | |
| 43.   Applied Materials continued | | | | | " " | 4-4 | J | | |
| 44.   Applied Materials continued | | | | | " " | 10-3 | K | | |
| 45.   Automatic Data Processing | A | Dividend | | | Sold | 9-28 | K | E | |
| 46.   Baker Hughes | A | Dividend | K | T | | | | | |
| 47.   Campbell Soup Company | B | Dividend | L | T | Sold Part | 9-28 | L | E | |
| 48.   Caterpillar | A | Dividend | L | T | | | | | |
| 49.   Cisco | | None | K | T | | | | | |
| 50.   Coca Cola | A | Dividend | K | T | Bought More | 1-19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Dominion Res | A | Dividend | | | Sold | 1-19 | K | D | |
| 52. Dentsply | A | DIVIDEND | K | T | Bought | 1-19 | K | | |
| 53. EBAY | | None | J | T | Bought More | 4-4 | J | | |
| 54. EBAY continued | | | | | " " | 10-3 | L | | |
| 55. Fiserv | | None | | | Sold | 1-19 | K | E | |
| 56. General Electric | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 57. General Mills | A | Dividend | | | Sold | 9-28 | K | C | |
| 58. Global Santa Fe | A | Dividend | K | T | | | | | |
| 59. Heinz | A | Dividend | | | Sold | 9-28 | K | D | |
| 60. INTEL | A | Dividend | | | Sold | 1-19 | K | C | |
| 61. International Paper | A | Dividend | | | Sold | 9-28 | K | A | |
| 62. IVAX/TEVA (merge) | | None | | | IVAX Sold | 1-26 | K | E | |
| 63. IVAX/TEVA continued | | | | | TEVA Sold | 9-28 | K | A | |
| 64. Kellogg Company | C | Dividend | M | T | | | | | |
| 65. Lamar Adv. | | NONE | | | Bought | 1-19 | K | | |
| 66. Lamar Adv. continued | | | | | Sold | 9-28 | K | C | |
| 67. Liberty Global | | NONE | K | T | Bought | 1-19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Liberty Global continued | | | | | Sold Part | 6-21 | J | A | |
| 69. Lowe's | A | Dividend | | | Sold | 1-19 | L | E | |
| 70. Lyondell Chemical | A | Dividend | | | Sold | 4-4 | J | A | |
| 71. Medtronic | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 72. Merck | C | Dividend | M | T | Sold Part | 4-4 | K | E | |
| 73. Newmont Mining | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 74. Novartis | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 75. Pfizer, Inc. | A | Dividend | | | Sold | 9-28 | K | D | |
| 76. Qualcomm | | None | J | T | Bought More | 10-3 | K | | |
| 77. Reebok | A | Dividend | | | Sold | 1-19 | L | E | |
| 78. Schlumberger | A | Dividend | K | T | | | | | |
| 79. Stryker Corporation | A | Dividend | L | T | | | | | |
| 80. Vodafone | A | Dividend | | | Bought | 1-19 | J | | |
| 81. Vodafone continued | | | | | Bought | 4-4 | J | | |
| 82. Vodafone continued | | | | | Sold | 9-28 | K | A | |
| 83. Weyerhauser | A | Dividend | | | Sold | 12-27 | K | B | |
| 84. Yahoo | | NoNE | L | T | Bought | 1-19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Yahoo continued | | | | | Bought | 4-4 | K | | |
| 86. Yahoo continued | | | | | Bought | 10-3 | L | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BORMAN, PAUL D | 2. Court or Organization<br><br>U.S. DISTRICT COURT, EDM | 3. Date of Report<br><br>5/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br><br>740 U.S. Courthouse<br>231 W. Lafayette<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Foundation |
| 2. Co-Trustee | Trust |
| 3. Manager | L.L.C. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10:54 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/06 | West Publishing Company -- Royalty | $ 829.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National U.S. Sentencing Guidelines Seminar, Tampa Bay Chapter, FBA | May 31-June 2, 2006, Miami Beach, FL, 2 nights hotel, meals, airfare, no Honorarium |
| 2. | Ralph C. Wilson, Buffalo Bills Football Team | 2-2-2006, Superbowl, Detroit, 2 tickets; Oct 15, 2006, Detroit, 2 tickets |
| 3. | Ralph C. Wilson, Buffalo Bills Football Team | Meals, airfare, game ticket no overnight, Jan. 1, 2006, Nov. 26, 2006, Dec. 24, 2006, Dec. 31, 2006 |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

5.

| Name of Person Reporting | Date of Report |
| --- | --- |
| BORMAN, PAUL D | 5/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Saving/Checking Account - Bank One/Chase | G | Interest | P2 | T | | | | | |
| 2. State of Israel Bonds | B | Interest | K | T | | | | | |
| 3. Bristol-Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 4. Campbell Soup Company | B | Dividend | L | T | | | | | |
| 5. Estee Lauder | A | Dividend | L | T | Bought | 1-24 | L | | |
| 6. H.J. Heinz Company | C | Dividend | M | T | | | | | |
| 7. Kellogg Company | D | Dividend | M | T | | | | | |
| 8. Merck & Company, Inc. | D | Dividend | M | T | | | | | |
| 9. J P Morgan/Chase | F | Dividend | P1 | T | | | | | |
| 10. Proctor & Gamble Company (P&G) | E | Dividend | O | T | | | | | |
| 11. Tribune Company | B | Dividend | L | T | | | | | |
| 12. Pfizer | D | Dividend | M | T | | | | | |
| 13. Pitney Bowes | C | Dividend | L | T | | | | | |
| 14. 4% Int. ▮▮▮▮▮▮ Ltd. Partner, Southgate, MI | A | Rent | L | W | | | | | |
| 15. 11% Int. ▮▮▮▮▮▮ Ltd. Partner Farmington Hills, MI | F | Rent | O | W | | | | | |
| 16. Northwestern Mutual Life (Retirement Account) | A | Interest | J | T | | | | | |
| 17. Teachers Insurance & Annuity Ass'n | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| College Retirement Acct. | | | | | | | | | |
| 18. IRA Cash Equivalent J P Morgan Bank | A | Interest | J | T | | | | | |
| 19. IRA Stock Proctor & Gamble | B | Dividend | M | T | | | | | |
| 20. Equitable Life Ins. Company Retirement Account | A | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. TRUST | | | | | TRUST | | | | |
| 35. | | | | | | | | | |
| 36. Savings/Checking Account - Bank One/Chase | F | Interest | P1 | T | | | | | |
| 37. Abbott Lab | A | Dividend | K | T | Bought More | 1-19 | J | | |
| 38. ALCOA | A | Dividend | K | T | | | | | |
| 39. Allergan | A | Dividend | L | T | | | | | |
| 40. Amer. Power Conversion | | | | | Bought | 1-19 | K | | |
| 41. Anheuser Busch | B | Dividend | K | T | | | | | |
| 42. Applied Materials | A | Dividend | K | T | Bought More | 1-19 | J | | |
| 43. Applied Materials continued | | | | | " " | 4-4 | J | | |
| 44. Applied Materials continued | | | | | " " | 10-3 | K | | |
| 45. Automatic Data Processing | A | Dividend | | | Sold | 9-28 | K | E | |
| 46. Baker Hughes | A | Dividend | K | T | | | | | |
| 47. Campbell Soup Company | B | Dividend | L | T | Sold Part | 9-28 | L | E | |
| 48. Caterpillar | A | Dividend | L | T | | | | | |
| 49. Cisco | | None | K | T | | | | | |
| 50. Coca Cola | A | Dividend | K | T | Bought More | 1-19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.  Dominion Res | A | Dividend | | | Sold | 1-19 | K | D | |
| 52.  Dentsply | A | | | | Bought | 1-19 | K | | |
| 53.  EBAY | | None | J | T | Bought More | 4-4 | J | | |
| 54.  EBAY continued | | | | | " " | 10-3 | L | | |
| 55.  Fiserv | | None | | | Sold | 1-19 | K | E | |
| 56.  General Electric | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 57.  General Mills | A | Dividend | | | Sold | 9-28 | K | C | |
| 58.  Global Santa Fe | A | Dividend | K | T | | | | | |
| 59.  Heinz | A | Dividend | | | Sold | 9-28 | K | D | |
| 60.  INTEL | A | Dividend | | | Sold | 1-19 | K | C | |
| 61.  International Paper | A | Dividend | | | Sold | 9-28 | K | A | |
| 62.  IVAX/TEVA (merge) | | None | | | IVAX Sold | 1-26 | K | E | |
| 63.  IVAX/TEVA continued | | | | | TEVA Sold | 9-28 | K | A | |
| 64.  Kellogg Company | C | Dividend | M | T | | | | | |
| 65.  Lamar Adv. | | | | | Bought | 1-19 | K | | |
| 66.  Lamar Adv. continued | | | | | Sold | 9-28 | K | C | |
| 67.  Liberty Global | | | | | Bought | 1-19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Liberty Global continued | | | | | Sold Part | 6-21 | J | A | |
| 69. Lowe's | A | Dividend | | | Sold | 1-19 | L | E | |
| 70. Lyondell Chemical | A | Dividend | | | Sold | 4-4 | J | A | |
| 71. Medtronic | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 72. Merck | C | Dividend | M | T | Sold Part | 4-4 | K | E | |
| 73. Newmont Mining | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 74. Novartis | A | Dividend | K | T | Bought More | 10-3 | K | | |
| 75. Pfizer, Inc. | A | Dividend | | | Sold | 9-28 | K | D | |
| 76. Qualcomm | | None | J | | Bought More | 10-3 | K | | |
| 77. Reebok | A | Dividend | | | Sold | 1-19 | L | E | |
| 78. Schlumberger | A | Dividend | K | T | | | | | |
| 79. Stryker Corporation | A | Dividend | L | T | | | | | |
| 80. Vodafone | A | Dividend | | | Bought | 1-19 | J | | |
| 81. Vodafone continued | | | | | Bought | 4-4 | J | | |
| 82. Vodafone continued | | | | | Sold | 9-28 | K | A | |
| 83. Weyerhauser | A | Dividend | | | Sold | 12-27 | K | B | |
| 84. Yahoo | | | | | Bought | 1-19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Yahoo continued | | | | | Bought | 4-4 | K | | |
| 86. Yahoo continued | | | | | | 10-3 | L | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. L.L.C. | | | | | L.L.C. | | | | |
| 103. | | | | | | | | | |
| 104. American Express | A | Dividend | K | T | | | | | |
| 105. Affiliated Compu Serv | | None | | | Sold | 8/4 | K | E | |
| 106. Ameriprise Financial | A | Dividend | | | Sold | 8/4 | J | D | |
| 107. Automatic Data | A | Dividend | | | Sold | 9/11 | K | A | |
| 108. J P Morgan/Chase | E | Dividend | O | T | | | | | |
| 109. Bristol-Myers Squibb | C | Dividend | M | T | | | | | |
| 110. Boeing | A | Dividend | K | T | | | | | |
| 111. Caterpillar | A | Dividend | L | T | | | | | |
| 112. Cisco | | None | J | T | | | | | |
| 113. Dell | | None | | | Sold | 9-11 | K | A | |
| 114. Eastman Chemical | A | Dividend | | | Sold | 8-4 | J | A | |
| 115. Fiserv | | None | | | Sold | 8-4 | K | D | |
| 116. G.E. | A | Dividend | K | T | | | | | |
| 117. IVAX/TEVA (merge) | | None | | | Sold | 8-4 | K | E | |
| 118. INTEL | A | Dividend | | | Sold | 8-4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119.  International Paper | A | Dividend | | | Sold | 9-11 | K | A | |
| 120.  Lowes | A | Dividend | | | Sold | 9-6 | L | E | |
| 121.  Maytag/Whirlpool (merge) | A | Dividend | | | Sold | 8-4 | J | A | |
| 122.  Mellon Financial | A | Dividend | | | Sold | 9-6 | J | A | |
| 123.  Merck | A | Dividend | | | Sold | 11-24 | K | A | |
| 124.  Omnicom | A | Dividend | | | Sold | 9-6 | K | C | |
| 125.  Pepsico | A | Dividend | | | Sold | 11-24 | K | D | |
| 126.  Quest Diagnostic | A | Dividend | | | Sold | 8-4 | K | E | |
| 127.  Reebok | A | Dividend | | | Sold | 3-21 | K | E | |
| 128.  Stryker | A | Dividend | K | T | | | | | |
| 129.  Zimmer | | None | | | Sold | 8-4 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and C3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I, Paul D. Borman, am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 4-5.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____ 5-8-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544